UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:07CV64-J

NANCY A. ROBERTSON                                                          PLAINTIFF

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security                                             DEFENDANT

## ORDER OF REMAND

Pursuant to this Court's accompanying Memorandum Opinion,

IT IS ORDERED that this case is REMANDED to the Commissioner of Social Security for further consideration.

The Clerk of the Court shall enter a separate judgment as is required by Fed.R.Civ.P. 58.

This is a final and appealable order, there being no just cause for delay.